**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG,<br><br>        Plaintiff,<br><br>    v.<br><br>LAWRENCE E. STONE, Santa Clara County Assessor; JEANETTE TONINI, Senior Assessment Clerk; and COUNTY OF SANTA CLARA,<br><br>        Defendants. | Case No. 19-cv-07000-BLF<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO REMAND**<br><br>[Re: ECF 16] |

Plaintiff Kuang-Bao P. Ou-Young filed this action in the Santa Clara County Superior Court on October 17, 2019, asserting claims against Defendants Lawrence E. Stone, Santa Clara County Assessor ("Stone"); Jeanette Tonini, Senior Assessment Clerk ("Tonini"); the County of Santa Clara ("the County"); and District Judge Edward J. Davila ("Judge Davila"). *See* Notice of Removal Exh. 4 (Complaint), ECF 1-4. United States removed the action to federal district court on behalf of Judge Davila. *See* Notice of Removal, ECF 1. Plaintiff moves to remand the action to the state court.

Plaintiff's motion is without merit. The United States removed the action pursuant to 28 U.S.C. § 1442(a)(3), which provides for removal of state court actions asserted against "[a]ny officer of the courts of the United States, for or relating to any act under color of office or in the performance of his duties." *See* Notice of Removal, Case No. 19-cv-07000-BLF, ECF 1.

1 Plaintiff's claims against Judge Davila arise from Judge Davila's performance of his judicial

2 duties with respect to a case assigned to him. *See* Notice of Removal Exh. 4 (Complaint) at 2-3,

3 ECF 1-4. Thus, removal was proper.

4 Plaintiff argues that the United States should not have removed the action because it

5 should have known that the complaint failed to state a claim against Judge Davila. Plaintiff cites

6 no authority in support of that argument.

7 Moreover, as the County and Stone point out, Plaintiff alleges a federal constitutional

8 claim. "The district courts shall have original jurisdiction of all civil actions arising under the

9 Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Plaintiff alleges a claim

10 for "Unreasonable Seizures" in violation of the Fourth Amendment to the United States

11 Constitution. *See* Notice of Removal Exh. 4 (Complaint) at 2-3, ECF 1-4. Because it has original

12 jurisdiction over Plaintiff's claims, the Court retains jurisdiction after dismissing Judge Davila.

13 The motion to remand is DENIED.[1]

Dated: December 5, 2019

_____
BETH LABSON FREEMAN
United States District Judge

---

[1] The County and Stone ask the Court to dismiss the present action as duplicative of another action pending before the undersigned, *Ou-Young v. Lawrence Stone, et al.*, Case No. 19-cv-07231-BLF. An opposition brief is not an appropriate procedural vehicle to seek dismissal of an action, and thus the request for dismissal has not been considered.