UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUANG-BAO P OU-YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE E. STONE, et al.,<br><br>Defendants. | Case No. 20-cv-00230-VKD<br><br>**REFERRAL ORDER FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), and the pre-filing review order issued on January 17, 2020 (Dkt. No. 11), the above-entitled case is hereby REFERRED to the Honorable Beth Labson Freeman for consideration of whether the present action is related to Case No. 5:19-cv-07000-BLF *Ou-Young v. Stone, et al.*

**IT IS SO ORDERED.**

Dated: January 21, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge